```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCO A. PINO,

                    Plaintiff,

      -against-

L. GADWAY, et al.,

                    Defendants.
-----------------------------------------------------------X

13 Civ. 0040 (MGC)(FM)

STIPULATION
OF ADJOURNMENT

It is hereby stipulated and agreed by and between the undersigned, that, subject to the approval of the Court, the answer to plaintiff's complaint is hereby adjourned to July 15, 2013.

Dated: New York, New York
       June 10, 2013

ERIC T. SCHNEIDERMAN
Attorney General of the
State of New York

By: _____
Julia H. Lee
Assistant Attorney General
120 Broadway
New York, NY 10271
(212) 416-6234
Julia.lee@ag.ny.gov

LATHAM & WATKINS, LLP
Attorney for Plaintiff

By: _____
Justin A. Levy, Esq.
885 Third Avenue
New York, NY 10022
(212) 906-1200
Justin.levy@lw.com

SO ORDERED:

S/
_____
Honorable Miriam Goldman Cedarbaum
United States District Judge

June 13, 2013